## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO.** |
| | : | |
| | : | **VIOLATION:** |
| | : | |
| **v.** | : | **18 U.S.C. § 118** |
| | : | **(Interfering with Protective Functions)** |
| | : | |
| **KEVIN ZEESE,** | : | |
| **MARGARET FLOWERS,** | : | |
| **ADRIENNE PINE,** | : | |
| **DAVID VERNON PAUL** | : | |
| | : | |
| **Defendant.** | : | |

## INFORMATION

The United States Attorney charges:

## COUNT ONE

Beginning on or about May 13, 2019, through on or about May 16, 2019, in the District of Columbia, the defendants, **KEVIN ZEESE, MARGARET FLOWERS, ADRIENNE PINE,** and **DAVID VERNON PAUL** did knowingly and willfully obstruct, resist, and interfere with a federal law enforcement agent engaged in the performance of the protective functions authorized under Section 37 of the State Department Basic Authorities Act of 1956, Title 22, United States Code, Section 2709, and the Diplomatic Security Act, Title 22, United States Code, Section 4802.

(**Interfering with Protective Functions**, in violation of Title 18, United States Code, Section 118)

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

By: ~~DANIELLE ROSBOROUGH~~
Special Assistant United States Attorney
National Security Section
U.S. Attorney's Office
D.C. Bar No. 1016234
Danielle.rosborough2@usdoj.gov
